United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| Vernita R. Moore-Timmons, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Catholic Social Services. )<br>)<br>Defendants. )<br>) | Case Number: 11-cv-00781-MJR-PMF |

**JUDGMENT IN A CIVIL ACTION**

Pursuant to the Order dated July 23, 2012 (reflecting the parties settlement) and Defendant's Notice of Stipulation of Dismissal dated August 28, 2012, this case is dismissed with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: August 29, 2012

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge